

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

MEMORANDUM ORDER

Appellate case name:      In re Vikas Anand, Raymond Drennon, and Radha Thiagarajan

Appellate case number:   01-12-01106-CV

Trial court case number:  1023395

Trial court:              County Court at Law No. 2 of Harris County

Relators have filed a motion for emergency relief, seeking a stay of the trial court's December 4, 2012 order requiring production of documents by December 13, 2012 and setting relators' depositions for December 18, 2012. This court **grants** the emergency relief and **stays** the production of documents and depositions until further order of this court.

The court requests a response to the petition for writ of mandamus. The response, if any, must be filed by **January 4, 2013**.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
　　　　　　　　　☑ Acting individually     ☐ Acting for the Court

Date: December 12, 2012